1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  SANDRA B. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   ROBERT F. CONTE (SBN 157582)
4  Assistant United States Attorney
   Room 7211 Federal Building
5  300 North Los Angeles Street
   Los Angeles, California 90012
6  Telephone: (213) 894-6607
   Facsimile: (213) 894-0115
7
   COLIN C. SAMPSON
8  Trial Attorney, Tax Division
   U.S. Department of Justice
9  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044
10 Telephone: (202) 514-6062
   Facsimile: (202) 307-0054
11 Colin.C.Sampson@usdoj.gov

12 Attorneys for United States of America

13              UNITED STATES DISTRICT COURT

14         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,    )  5:04-cv-01566 VAP-SGL
                                )
16            Plaintiff,         )
                                )
17       v.                      )
                                )  **FINAL JUDGMENT AND PERMANENT**
18                               )  **INJUNCTION AGAINST DEFENDANT**
                                )  **IVAN T. JOHNSON**
19 N.C.K. SERVICES, INC.,        )
   CARLA D. BERRY; KAREN D.      )
20 BERRY; and IVAN T. JOHNSON,   )
                                )
21            Defendants.        )
                                )
22 _____   )
                                )
23

24      Pursuant to the STIPULATION FOR PERMANENT INJUNCTION AND

25 JUDGMENT AGAINST DEFENDANT IVAN T. JOHNSON between Defendant Ivan

26 T. Johnson and Plaintiff United States of America, IT IS ORDERED,

27 ADJUDGED AND DECREED that, Pursuant to 26 U.S.C. §§ 7402(a) and

28

7407, the following injunction and final judgment be entered against Defendant Ivan T. Johnson as follows:

1.    Defendant Ivan T. Johnson is permanently enjoined from Organizing, promoting, marketing, or selling any tax services that advises or incites customers to attempt to violate the internal revenue laws or attempt to violate the internal revenue laws or unlawfully evade the assessment or collection of their federal tax liabilities.

2.    Defendant Ivan T. Johnson is permanently enjoined from making false or fraudulent statements about the securing of any tax benefit by reason of participating in any tax plan or arrangement.

3.    Defendant Ivan T. Johnson is permanently enjoined from encouraging, instructing, advising and assisting others to violate the tax laws, including to evade the payment of taxes.

4.    Defendant Ivan T. Johnson is permanently enjoined from acting as a federal income tax preparer, or preparing or providing or filing federal income tax returns for anyone other than himself.

5.    Defendant Ivan T. Johnson is permanently enjoined from assisting or advising anyone in connection with preparing or filing a federal income tax return.

6.    Defendant Ivan T. Johnson is permanently enjoined from engaging in conduct subject to penalty under 26 U.S.C. § 6694, 6695, 6700 or 6701.

7.    Defendant Ivan T. Johnson is permanently enjoined from engaging in any conduct that substantially interferes with the

1  proper administration and enforcement of the internal revenue

2  laws and from promoting any false tax scheme.

3      8.   This Court shall retain jurisdiction of this action for

4  the purpose of implementing and enforcing this permanent

5  injunction and final judgment against Defendant Ivan T. Johnson.

6      9.   The United States is permitted to engage in post-

7  judgment discovery to ensure Defendant Ivan T. Johnson's

8  compliance with the permanent injunction.

9      10.  Each party will bear its own costs and attorney fees in

10 this matter.

11

12 IT IS SO ORDERED.

13     DATED this 19th____ Day of November, 2010.

14

15     _____

16     UNITED STATES DISTRICT JUDGE

17 Approved as to form and content:

18

19 Dated: _____, 2010.    André Birotte, Jr.
                               United States Attorney
20                             SANDRA B. BROWN
                               Assistant United States Attorney
21                             Chief, Tax Division
                               ROBERT F. CONTE (SBN 157582)
22                             Assistant United States Attorney

23                             _____
                               COLIN C. SAMPSON (SBN 249784)
24                             Trial Attorney, Tax Division
                               U.S. Department of Justice

25

26 _____    _____
   IVAN T. JOHNSON                 Date
27 Defendant
   2255 Cahuilla St., #145
28 Colton, CA 92324

                    3