JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. EDCV 04-1566-VAP(SGLx) |
|---|---|
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| N.C.K. SERVICES, INC., CARLA D. BERRY; and KAREN D. BERRY, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant Carla D. Berry and Defendant Karen D. Berry, acting individually or under the aegis of N.C.K. Services, Inc., are enjoined permanently from directly or indirectly:

1. Organizing, promoting, marketing, or selling any tax service that advises or incites customers to attempt to violate the internal revenue laws or unlawfully

```
1        evade the assessment or collection of their federal
2        tax liabilities;
3
4  2.    Making false or fraudulent statements about the
5        securing of any tax benefit by reason of
6        participating in any tax plan or arrangement;
7
8  3.    Encouraging, instructing, advising and assisting
9        others to violate the tax laws, including to evade
10       the payment of taxes;
11
12 4.    Acting as a federal income tax preparer, or preparing
13       or providing or filing federal income tax returns for
14       anyone other than herself;
15
16 5.    Assisting or advising anyone in connection with
17       preparing or filing a federal income tax return;
18
19 6.    Engaging in conduct subject to penalty under 26
20       U.S.C. §§ 6694, 6695, 6700, or 6701; and
21
22 7.    Engaging in any conduct that substantially interferes
23       with the proper administration and enforcement of the
24       internal revenue laws and from promoting any false
25       tax schemes.
```

1 | The Court orders that such judgment be entered.

4 | Dated: <u>October 31, 2011</u>

```
                                    _____
                                      VIRGINIA A. PHILLIPS
                                    United States District Judge
```